FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG 21  AM 8:44
CLERK_____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REEVES CONSTRUCTION COMPANY ) | CIVIL ACTION CASE |
| ) | NO. 4:18-cv-00073 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BAKER CONSTRUCTORS, INC., ) | |
| STOY MARLOW, and ) | |
| BRIAN REGENHARDT ) | |
| ) | |
| Defendants. ) | |

**ORDER ON JOINT MOTION TO MODIFY CASE MANAGEMENT DEADLINES**

Having considered the Joint Motion to Modify Case Management Deadlines (the "Joint Motion") filed by Plaintiff Reeves Construction Company and Defendants Baker Constructors, Inc., Stoy Marlow, and Brian Regenhardt, and for good cause shown, the Joint Motion is **GRANTED** and **IT IS HEREBY ORDERED** that the case management deadlines set forth in the Scheduling Order [ECF No. 35] are modified as follows:

1. Plaintiff must designate expert witnesses and serve reports by December 14, 2018.

2. Defendants must designate expert witnesses and serve reports by January 14, 2019.

3. Plaintiff must designate rebuttal experts and serve reports by February 4, 2019.

4. Fact discovery closes February 4, 2019.

5. Expert depositions shall be concluded by March 4, 2019.

6. Motions are due 30 days after the close of the expert deposition period set forth above (i.e., on or before April 3, 2019).

1

**SO ORDERED** this 18th day of August, 2018.

_____
Hon. G.R. Smith
United States Magistrate Judge