IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REEVES CONSTRUCTION COMPANY, )
)
Plaintiff, )
)
v. ) Civil Action No.: CV418-073
)
BAKER CONSTRUCTORS, INC., )
STOY MARLOW, and )
BRIAN REGENHARDT, )
)
Defendants. )

## ORDER

BEFORE THE COURT is Defendant Baker Constructors, Inc.'s ("BCI") Motion to File Its Motion to Compel Arbitration and Stay Discovery Under Seal. BCI moves pursuant to S.G. Ga. L.R. 79.7 to file its motion under seal because the motion relies upon and incorporates confidential information, notably an asset purchase agreement. BCI requests that its filing remain permanently sealed because disclosure of the asset purchase agreement has the high potential to cause economic harm to Plaintiff, BCI, and third-parties. The Court agrees and finds that temporary sealing of this filing is not adequate to protect the interest at stake.

FOR GOOD CAUSE SHOWN, BCI's motion is hereby granted. BCI is granted leave to file its Motion to Compel Arbitration and Stay Discovery under seal with the Clerk of the Court, such motion and its included exhibits to remain permanently sealed.

SO ORDERED, THIS 29th DAY OF OCTOBER, 2018.

HONORABLE JAMES E. GRAHAM
United States Magistrate Judge

Order prepared by:
George T. Major, Jr.
Georgia Bar No. 358925
OLIVER MANER LLP
P.O. Box 10186
Savannah, Georgia 31412
(912) 236-3311
gmajor@olivermaner.com