IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| REEVES CONSTRUCTION COMPANY | ) | CIVIL ACTION CASE |
| | ) | NO. 4:18-cv-00073-RSB-JEG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BAKER CONSTRUCTORS, INC., | ) | |
| STOY MARLOW, and | ) | |
| BRIAN REGENHARDT | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

BEFORE THE COURT is Plaintiff Reeves Construction Company's ("Reeves" or "Plaintiff") Motion to File Under Seal its Response in Opposition to the Motion of Robert Baker and R.B. Baker Holdings, LLC to Quash Third-Party Subpoenas (ECF No. 41). Reeves moves pursuant to S.D. Ga. L.R. 79.7 to file its response under seal because the response relies upon and incorporates confidential information, specifically, emails designated by Defendant Marlow as "Confidential" under the parties' Protective Order (ECF No. 33). ECF No. 33 permits a party to designate discovery materials as "Confidential" where such materials contain or reflect nonpublic, confidential, personal, financial, or proprietary or commercially sensitive information. Reeves requests that its filing remain permanently sealed in accordance with ECF No. 33 because the at-issue emails have been designated by Marlow as "Confidential" under ECF No. 33, and no party has challenged that designation. The Court agrees and finds that temporary sealing of this filing is not adequate to protect the interest at stake.

FOR GOOD CAUSE SHOWN, Reeves's motion is hereby granted. Reeves is granted leave to file its Response in Opposition to the Motion of Robert Baker and R.B. Baker Holdings,

LLC to Quash Third-Party Subpoenas under seal with the Clerk of the Court, such response and its included exhibits to remain permanently sealed.

**SO ORDERED** this 8th day of November, 2018.

HONORABLE JAMES E. GRAHAM
United States Magistrate Judge