FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV 14 AM 11:41
CLERK_____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REEVES CONSTRUCTION COMPANY ) | CIVIL ACTION CASE |
| ) | NO. 4:18-cv-00073-RSB-JEG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BAKER CONSTRUCTORS, INC., ) | |
| STOY MARLOW, and ) | |
| BRIAN REGENHARDT ) | |
| ) | |
| Defendants. ) | |

## ORDER

BEFORE THE COURT is Plaintiff Reeves Construction Company's ("Reeves" or "Plaintiff") Motion to File its Response in Opposition to BCI's Motion to Compel Arbitration and Stay Discovery Under Seal. Reeves moves pursuant to S.D. Ga. L.R. 79.7 to file its response and supporting declaration of Austin J. Hemmer under seal because the response relies upon and incorporates confidential information, specifically an asset purchase agreement and other materials designated as confidential or attorney eyes only by the parties under ECF No. 33. Reeves requests that its filing remain permanently sealed because disclosure of the asset purchase agreement and the other referenced materials have the significant potential to cause economic harm to Reeves, Defendants, and third-parties. The Court agrees and finds that temporary sealing of this filing is not adequate to protect the interest at stake.

FOR GOOD CAUSE SHOWN, Reeves's motion is hereby granted. Reeves is granted leave to file its Response in Opposition to BCI's Motion to Compel Arbitration and Stay Discovery and associated declaration in support under seal with the Clerk of the Court, such motion, declaration, and its included exhibits to remain permanently sealed.

SO ORDERED this 14th day of November, 2018.

_____
HONORABLE JAMES E. GRAHAM
United States Magistrate Judge