FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV 16 AM 11:41
CLERK
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REEVES CONSTRUCTION COMPANY, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: CV418-073 |
| BAKER CONSTRUCTORS, INC., ) STOY MARLOW, and ) BRIAN REGENHARDT, ) | |
| Defendants. ) | |

## ORDER

BEFORE THE COURT is Third-Parties Robert B. Baker and R.B. Baker Holdings, LLC's Motion to File Their Reply to Plaintiff's Response to Their Motion to Quash Third-Party Subpoenas Under Seal. These third-parties move pursuant to S.D. Ga. L.R. 79.7 to seal this document because it relies upon and incorporates confidential information as well as briefs previously filed under seal. At issue is an asset purchase agreement which contains confidential financial information of the parties thereto. Movants request that their filing remains permanently sealed.

FOR GOOD CAUSE SHOWN, said motion is hereby granted and Robert B. Baker and R.B. Baker Holdings, LLC is permitted leave to file their Reply to Plaintiff's Response to the Motion to Quash Third-Party Subpoenas under seal.

*SO ORDERED, THIS* __16th__ *DAY OF NOVEMBER, 2018.*

HONORABLE JAMES E. GRAHAM
United States Magistrate Judge