IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REEVES CONSTRUCTION COMPANY, )
)
Plaintiff, )
)
v. ) Civil Action No.: CV418-073
)
BAKER CONSTRUCTORS, INC., )
STOY MARLOW, and )
BRIAN REGENHARDT, )
)
Defendants. )

## ORDER

BEFORE THE COURT is Defendant Baker Constructors, Inc.'s (BCI") Motion to File its Reply to Plaintiff's Response to BCI's Emergency Motion to Stay Discovery Under Seal. BCI moves pursuant to S.D. Ga. L.R. 79.7 to seal this document because it relies upon and incorporates confidential information as well as briefs previously filed under seal. At issue is an asset purchase agreement which contains confidential financial information of the parties thereto. BCI requests that its filing remains permanently sealed.

FOR GOOD CAUSE SHOWN, BCI's motion is hereby granted and BCI is permitted leave to file its Reply to Plaintiff's Response to BCI's Emergency Motion to Stay Discovery under seal.

SO ORDERED, THIS 16th DAY OF NOVEMBER, 2018.

HONORABLE JAMES E. GRAHAM
United States Magistrate Judge

Order prepared by:
George T. Major, Jr.
Georgia Bar No. 619608
OLIVER MANER LLP
P.O. Box 10186
Savannah, GA 31412
(912) 236-3311