IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REEVES CONSTRUCTION COMPANY, )
)
    Plaintiff, )
)
v. ) Civil Action No.: CV418-073
)
BAKER CONSTRUCTORS, INC., )
STOY MARLOW, and )
BRIAN REGENHARDT, )
)
    Defendants. )

## ORDER

BEFORE THE COURT is Defendant Baker Constructors, Inc.'s (BCI") Motion to Seal Docket Entry No. 55. BCI moves pursuant to S.D. Ga. L.R. 79.7 to seal this document because it relies upon and incorporates confidential information as well as briefs previously filed under seal. BCI requests that its filing remains permanently sealed.

FOR GOOD CAUSE SHOWN, BCI's motion (doc. 56) is **GRANTED**. The Clerk is directed to seal Docket Entry No. 55, the same to remain permanently sealed.

*SO ORDERED, THIS* 27th *DAY OF DECEMBER, 2018.*

_____
HONORABLE JAMES E. GRAHAM
United States Magistrate Judge