**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| REEVES CONSTRUCTION COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV418-073 |
| BAKER CONSTRUCTORS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## <u>ORDER</u>

Before the Court is Defendant Baker Constructors, Inc.'s ("BCI") Motion for Leave to File Objection to Magistrate Judge's Report and Recommendation Under Seal, doc. 74, and the parties' Joint Motion to Modify Case Management Deadlines, doc. 75. For the following reasons, the motions are **GRANTED**.

## I.   MOTION TO SEAL

Defendant moves, pursuant to S.D. Ga. L.R. 79.7, to seal its objection to the Magistrate Judge's Report and Recommendation because it relies

upon and incorporates confidential information as well as briefs previously filed under seal. BCI requests that its filing remains permanently sealed.

**FOR GOOD CAUSE SHOWN**, the motion is **GRANTED**. The Clerk is **DIRECTED** to seal Defendant's Objection to the Magistrate Judge's Report and Recommendation, the same to remain permanently sealed.

## II. MOTION TO MODIFY CASE MANAGEMENT DEALINES

The parties also request that the Court modify its Scheduling Order. Doc. 75. The parties represent that they have conferred in good faith about additional discovery requirements and held a scheduling conference with the undersigned. As a result, and for good cause shown, the motion its **GRANTED**. The deadlines in the scheduling order are amended as follows:

1) Plaintiff shall file its motion to amend its complaint with its proposed amended complaint as an exhibit by February 4, 2019.

2) Written discovery — including written discovery, inspections, and examinations under Rules 33 through 36 of the Federal Rules of

Civil Procedure and supplementation of written discovery responses — will be completed by April 1, 2019.

3) Non-expert depositions will be completed by May 15, 2019.

4) Plaintiff's expert reports and Rule 26(a)(2)(C) disclosures shall be served by June 1, 2019.

5) Defendants' expert reports and Rule 26(a)(2)(C) disclosures shall be served by July 1, 2019.

6) Expert depositions shall be concluded by August 15, 2019.

7) Motions, including *Daubert* motions but not including motions in limine, shall be filed by September 15, 2019.

**SO ORDERED** this <u>29th</u> day of January, 2019.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA