# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| REEVES CONSTRUCTION COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV418-073 |
| BAKER CONSTRUCTORS, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is plaintiff's Motion for Leave to File Amended Complaint, doc. 79, and defendant Baker Constructor's, Inc. ("BCI") Supplemental Objection to the Report and Recommendation, doc 82. Based on BCI's supplemental objections, it appears that Defendant BCI has no objection to plaintiff's Motion to Amend the Complaint. To both provide clarity and encourage expediency, defendants are **ORDERED** to file their notice of opposition to plaintiff's motion by no later than **5:00 P.M**. on **Friday, February 15, 2019**. Failure to file a notice will result in the motion being deemed uncontested.

1

Furthermore, because Defendant BCI's supplemental objection is based on Plaintiff's proposed amended complaint, the Court will grant Plaintiff **ten days** from the date the Court rules on Plaintiff's Motion to Amend the Complaint, doc. 79, to respond to Defendant BCI's supplemental objections. No further briefing will be allowed.

**SO ORDERED** this 12th day of February, 2019.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA