# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| REEVES CONSTRUCTION COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV418-073 |
| BAKER CONSTRUCTORS, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Defendant Baker Constructors, Inc.'s ("BCI") Emergency Motion to Stay Discovery. Doc. 103. In the motion, defendant BCI also requests that the Court shorten the time for Plaintiff to respond to the Emergency Motion because there are several quickly approaching deadlines. The Court is cognizant that discovery preparation takes time, nevertheless, it is not willing to abrogate time for responses merely because a motion is filed close to a discovery deadline. As a result, the Court will *temporarily* **STAY** discovery in this case for

thirty days. Plaintiff, and the remaining defendants, shall have the normal period of time to respond to defendant BCI's motion to stay.

Also before the Court are defendant BCI's Motions for Leave to File Under Seal. Doc. 100, doc. 101. Because these documents rely on and incorporate confidential information as well as briefs previously filed under seal, the motions are **GRANTED**. BCI is permitted leave to file its Supplemental Motion to Compel Arbitration and Incorporated Brief in Support along with its Motion to Dismiss First Amended Complaint under seal.

**SO ORDERED**, this 21st day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA