**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

REEVES CONSTRUCTION COMPANY,

    Plaintiff,

v.

BAKER CONSTRUCTORS, INC., STOY MARLOW, and BRIAN REGENHARDT,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-73

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 124.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action and **TERMINATES** all motions and deadlines. The Clerk of Court shall **CLOSE** this case.

**SO ORDERED**, this 23rd day of December, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA